ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Cooper/Ports America LLC | ) | ASBCA No. 61462 |
| | ) | |
| Under Contract No. HTC711-15-D-R036 | ) | |

APPEARANCES FOR THE APPELLANT:        W. Barron A. Avery, Esq.
                                      William T. DeVinney, Esq.
                                      William B. O'Reilly, Esq.
                                      Katherine L. McKnight, Esq.
                                        BakerHostetler LLP
                                        Washington, DC

APPEARANCES FOR THE GOVERNMENT:       Jeffrey P. Hildebrant, Esq.
                                        Air Force Deputy Chief Trial Attorney
                                      Caryl A. Potter III, Esq.
                                      Lt Col Byron G. Shibata, USAF
                                      Lt Col Sondra B. Nensala, USAF
                                      Christopher S. Cole, Esq.
                                      Danielle A. Runyan, Esq.
                                        Trial Attorneys

## DISMISSAL FOR LACK OF JURISDICTION

The parties have filed a joint motion to dismiss the appeal for lack of jurisdiction because the contracting officer's final decision was issued in error prior to the certification of appellant's claim. The Board grants the motion and hereby dismisses the appeal for lack of jurisdiction.

Dated: 3 April 2018

LYNDA T. O'SULLIVAN
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I concur

J. REID PROUTY
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61462, Appeal of Cooper/Ports America LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2